Rose Dorf and Adolph Dorf, Respondents, v. Elizabeth M. Kastenberg and Irving J. Kastenberg, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Julius Lowenstein, Respondent, v. Thomas Crowe and Another, Defendants, Impleaded with Sigmond Terry, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The American Agricultural Chemical Company, Respondent, v. Temple L. Gatewood, Appellant.— Judgment unanimously reversed, with costs. Order, in so far as it grants plaintiff's motion for summary judgment, unanimously reversed and said motion denied, and, in so far as it denies defendant's cross-motion, affirmed, on the ground that there are issues of fact to be tried concerning the making of the contract and the existence of the custom relied on to meet the defense of the Statute of Frauds. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Sidney Shiffman, as Administrator, etc., of Stanley Shiffman, Deceased, Appellant, v. Adolph I. Schwartz, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The People of the State of New York, on the Complaint of Albert Gordon, Respondent, v. Mitchell Siegel, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Bessie G. Palmer and William J. Palmer, Appellants, v. Aaron Kaiser, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Hyman Schnapp, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The Bank for Savings in the City of New York, Respondent, v. Empire Square Realty Company, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to serve an amended answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Gustave Shapiro, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. F. Rozzo & Sons, Inc., Sued Herein as F. Ruzzo & Sons, Inc., Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and dismiss the information, on the authority of People v. Wallace & Co. (282 N. Y. 417).